DocuSign Envelope ID: 04F0074D-255B-4462-B1E4-9A2891202007

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Raj Patel, et al
Plaintiff(s),

vs.

Infinity Multiventures Inc., et al
Defendant(s).

ATTORNEY: MORRISON COHEN LLP

CASE NUMBER: 2:20-CV-17266-JMV-JBC

DATE OF FILING: 11/30/2020

## AFFIDAVIT OF SERVICE

STATE OF Delaware: COUNTY OF NEW CASTLE   ss:

I, Adam Golden, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of Delaware.

That on **12/02/2020** at **12:55 PM** at **c/o National Registered Agents Inc, 1209 Orange Street, Wilmington, DE 19801**, Deponent served the **Civil Cover Sheet, Summons in a Civil Case, Civil Complaint, Rule 7.1 Statement, District Judge John Michael Vazquez's Rules, Magistrate Judge James B. Clark III's Rules, United States District Court for the District of New Jersey Local Rules, ECF User Manual, Electronic Case Filing Policies and Procedures** upon **Infinity Multiventures Inc.**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **Robin Hutt-Banks** personally, a person who stated to be an authorized agent to receive process service for **Infinity Multiventures Inc.**. Deponent knew said corporation so served to be the corporation described in said **Civil Cover Sheet, Summons in a Civil Case, Civil Complaint, Rule 7.1 Statement, District Judge John Michael Vazquez's Rules, Magistrate Judge James B. Clark III's Rules, United States District Court for the District of New Jersey Local Rules, ECF User Manual, Electronic Case Filing Policies and Procedures** as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **Authorized Agent** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female** Skin: **Black** Hair: **Brown** Age (Approx): **60** Height(Approx): **5'8"** Weight(Approx): **170-180 lbs** Glasses: **Yes** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DocuSigned by:
QGel
24CBEFD6066741E

Adam Golden

Sworn to before me this

December  3   2020

[Notary seal: GEORGE H. COVERT, NOTARY PUBLIC, STATE OF DELAWARE, COMMISSION EXPIRES FEB. 13, 2022]

Executive Attorney Service, Inc., 585 Stewart Ave, Ste LL16, Garden City, NY 11530  516-333-3447 Lic# 1422060
Case No: 1618718